# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| REGINA D. SMITH, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION FILE |
| | ) NO. 1:20-CV-04923-SDG-JSA |
| v. | ) |
| | ) |
| LEHIGH TECHNOLOGIES, INC., | ) |
| and JONATA JOHNSON | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Lehigh Technologies, Inc., Jonata Lewis-Johnson (incorrectly named in the Complaint as "Jonata Johnson"), and Plaintiff Regina D. Smith hereby stipulate to the dismissal of this case with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each side will bear its own attorneys' fees and costs.

Respectfully submitted this 18th day of May 2021.

| | |
|---|---|
| MOLDEN & ASSOCIATES | JACKSON LEWIS P.C. |
| */s/ Regina S. Molden w/ permission* | */s/ C. Todd Van Dyke* |
| Regina S. Molden | C. Todd Van Dyke |
| rmolden@moldenlaw.com | Georgia Bar No. 723420 |
| 233 Peachtree St, NE, Suite 1245 | Todd.VanDyke@jacksonlewis.com |
| Atlanta, Georgia 30303 | 171 17th Street, NW, Suite 1200 |
| | Atlanta, Georgia 30363 |
| | (404) 586-1814 / (404) 525-1173 |
| Attorneys for Plaintiff Regina D. Smith | Attorneys for Defendant Lehigh Technologies, Inc. |

CONSTANGY, BROOKS, SMITH & PROPHETE, LLP

*/s/ Darrick L. McDuffie w/ permission*
Darrick L. McDuffie
dmcduffie@constangy.com
230 Peachtree Street, NW
Suite 2400
Atlanta, Georgia 30303
(404) 525-8622 / (404) 525-6955

Attorneys for Jonata Lewis-Johnson

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| REGINA D. SMITH, | ) |
| Plaintiff, | ) CIVIL ACTION FILE |
| | ) NO. 1:20-CV-04923-SDG-JSA |
| v. | ) |
| LEHIGH TECHNOLOGIES, INC., and JONATA JOHNSON | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I certify that on May 18, 2021, I electronically filed the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Regina S. Molden
>T. Orlando Pearson
>MOLDEN & ASSOCIATES
>rmolden@moldenlaw.com
>topearson@moldenlaw.com
>
>Darrick L. McDuffie
>CONSTANGY, BROOKS, SMITH
>& PROPHETE, LLP
>dmcduffie@constangy.com
>
>*/s/ C. Todd Van Dyke*
>C. Todd Van Dyke
>Georgia Bar No. 723420

4844-8315-6713, v. 2